HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JELANI J. LINDSEY (Bar No. 280092)
E-Mail: Jelani_Lindsey@fd.org
Deputy Federal Public Defender
LAUREN COLLINS (Bar No. 240173)
E-Mail: Lauren_Collins@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
JAE YUNG KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAE YUNG KIM, <br>     Petitioner, <br> v. <br> A.M. GONZALEZ, Warden, <br>     Respondent. | NO. CV 14-89-R (CW) <br><br> **EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF JELANI LINDSEY; [PROPOSED ORDER]** |

Petitioner Jae Yung Kim, by and through his attorneys of record, hereby applies to this Court for an order to file under seal: (1) Petitioner's Supplemental Opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus ("Supplemental Opposition") that address the timeliness of his claims; and, (2) the following Exhibits:

- Exhibit 4, Declaration of Ellen Turlington, 07/08/2015
- Exhibit 5, Declaration of David P. Elder, 06/30/2015
- Exhibit 6, Declaration of Alane Mabaquiao, 07/07/2015
- Exhibit 7, Billing Invoice, 09/23/2005

All of these documents contain information that is protected by attorney client communications or attorney work product privileges and therefore falls within the ambit of the protective order Kim has requested pursuant to *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003).

This Application is based upon the attached memorandum of points and authorities, the attached declaration of counsel, all files and records in this case, and such further information as may be presented to the Court with respect to this Application. Counsel for Respondent opposes this request.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

JELANI J. LINDSEY
LAUREN COLLINS
Deputy Federal Public Defenders

DATED: July 9, 2015          By  */s/ Jelani J. Lindsey*
                              JELANI J. LINDSEY
                              Deputy Federal Public Defender
                              Attorneys for Petitioner
                              JAE YUNG KIM

## MEMORANDUM OF POINTS AND AUTHORITIES

A Court has supervisory powers over its record and files to seal documents under appropriate circumstances. *United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). In the United States District Court for the Central District of California, applications to file documents under seal are governed by Local Rule 79-5, which provides in relevant part:

> Except when authorized by statute, federal rule, or the Judicial Conference of the United States, no cases or document shall be filed under seal without prior approval by the Court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal or in camera.

L.R. 79-5.1.

Here, Kim seeks leave to file certain exhibits and brief segments of his Supplemental Opposition under seal on the basis that they contain information that is protected by the attorney-client communications or attorney work product privileges and therefore falls within the ambit of the protective order Kim has requested pursuant to *Bittaker v. Woodfard*, 331 F.3d 715 (9th Cir. 2003).

For the reasons discussed below, as well as the reasons discussed in his Motion for Protective Order, Kim respectfully asks this Court for an order to file under seal (1) Petitioner's Supplemental Opposition that addresses the timeliness of his claims; and, (2) the following Exhibits:

- Exhibit 4, Declaration of Ellen Turlington, 07/08/2015
- Exhibit 5, Declaration of David P. Elder, 06/30/2015
- Exhibit 6, Declaration of Alane Mabaquiao, 07/07/2015
- Exhibit 7, Billing Invoice, 09/23/2005

Petitioner intends to file a public redacted version of Supplemental Opposition.

**A.     Conclusion**

For the foregoing reasons, this Court should grant this Application and order that the unredacted copy of the Supplemental Opposition and the aforementioned Exhibits be file under seal.

|  | Respectfully submitted, |
|---|---|
|  | HILARY POTASHNER<br>Federal Public Defender |
|  | JELANI J. LINDSEY<br>LAUREN COLLINS<br>Deputy Federal Public Defenders |
| DATED: July 9, 2015 | By  */s/ Jelani J. Lindsey*<br>JELANI J. LINDSEY<br>Deputy Federal Public Defender<br>Attorneys for Petitioner<br>JAE YUNG KIM |

4

# DECLARATION OF JELANI J. LINDSEY

I, Jelani J. Lindsey, declare:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Jae Yung Kim in the above-entitled action.

2. On July 9, 2015, I intend to file a public redacted version of Petitioner's Supplemental Opposition that addresses the timeliness of Claims and exhibits on behalf of Jae Yung Kim.

3. I am seeking permission to file the following documents under seal in this Court:

- Supplemental Opposition
- Exhibit 4, Declaration of Ellen Turlington, 07/08/2015
- Exhibit 5, Declaration of David P. Elder, 06/30/2015
- Exhibit 6, Declaration of Alane Mabaquiao, 07/07/2015
- Exhibit 7, Billing Invoice, 09/23/2005

4. Each of the aforementioned documents will be submitted for under seal filing concurrently with this Application.

5. Because I have not disclosed any confidential information in this Application, I am not requesting that the Application itself be filed under seal.

6. On July 9, 2015, I conferred with counsel for Respondent, Deputy Attorney General Ester Kim regarding this Application. She informed me that Respondent opposes this request.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2015, at Los Angeles, California.

                                         */s/ Jelani J. Lindsey* .
                                         JELANI J. LINDSEY