1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JAE YUNG KIM, | Case No. CV 14-89-R (CW) |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER GRANTING PETITIONER'S APPLICATION TO FILE UNDER SEAL |
| A.M. GONZALES, | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT: Petitioner Jae Yung Kim's Application to file his Supplemental Opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus ("Supplemental Opposition") and exhibits under seal is now granted. The following documents shall be filed or lodged under seal:

- Petitioner's Supplemental Opposition
- Exhibit 4, Declaration of Ellen Turlington, 07/08/2015
- Exhibit 5, Declaration of David P. Elder, 06/30/2015
- Exhibit 6, Declaration of Alane Mabaquiao, 07/07/2015
- Exhibit 7, Billing Invoice, 09/23/2005

It IS SO ORDERED

DATED: 07/13/2015

HONORABLE CARLA WOEHRLE
United States Magistrate Judge

Presented by:

*/s/ Jelani J. Lindsey*
JELANI J. LINDSEY
Deputy Federal Public Defender

1