# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE YUNG KIM,<br><br>　　　　Petitioner,<br><br>v.<br><br>A.M. GONZALES, Warden,<br><br>　　　　Respondent. | Case No. CV 14-00089 R (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss as untimely is granted; and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: February 26, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE