# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE YUNG KIM, <br><br> Petitioner, <br> v. <br><br> A.M. GONZALES, Warden, <br><br> Respondent. | Case No. CV 14-00089 R (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 26, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE